No. 1021. HANDELSVENNOOTSCHAP NORMA N. V. ET AL. *v.* KENNEDY, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry P. de Vries* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Bruno A. Ristau* for respondents.

No. 1022. FELDMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Michael A. Querques, Donald H. Mintz* and *Daniel E. Isles* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1023. WELLS FARGO BANK ET AL., EXECUTORS, *v.* PLATT ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. *Edwin S. Pillsbury* for petitioners. *Roy A. Bronson* for respondents.

No. 1036. ATKINSON DREDGING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Hugh S. Meredith* and *George H. Revercomb* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1040. DAVIS ET UX. *v.* BARR, CHAIRMAN, MISSISSIPPI TAX COMMISSION, ET AL. Supreme Court of Mississippi. Certiorari denied. Petitioners *pro se.* *Joe T. Patterson,* Attorney General of Mississippi, and *John E. Stone,* Assistant Attorney General, for respondents.